ley affirmed. Costs to respondents. Settle order on notice.

LAUGHLIN, J., dissents.

GAETJENS, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Edmund F. Gaetjens, an infant, etc., against the City of New York and others. No opinion. Reargument ordered, and case set down for Thursday, January 7, 1909.

GAITINGS, Appellant, v. BROOKLYN, Q. O. & S. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Margaret M. Gaitings against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

GELOFF v. MORGENROTH. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by Morris Geloff against Julius Morgenroth. No opinion. Reargument denied. Leave to appeal to Court of Appeals granted. Order filed.

In re GENEY. (Supreme Court, Appellate Division, First Department. December 31, 1908.) In the matter of Hyppolite A. Geney. No opinion. Report confirmed. Settle order on notice.

GEORGE RINGLER & CO., Appellant, v. MOHL, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by George Ringler & Co. against Henry Mohl. J. A. Hodge, for appellant. D. M. Neuberger, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 115 App. Div. 549, 101 N. Y. Supp. 454.

GERARD, Appellant, v. HARNED, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Daniel M. Gerard against Francenia Harned. No opinion. Judgment affirmed, with costs.

In re GIBSON's WILL. (Supreme Court, Appellate Division, Third Department. January 22, 1909.) In the matter of the last will and testament of Martha Gibson, deceased. No opinion. Motion denied, without costs.

GIEGERICH, Respondent, v. KUHNLA, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Fred W. Giegerich against August Kuhnla. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with costs, on the authority of Loretz v. Metropolitan Street R. Co., 34 App. Div. 1, 53 N. Y. Supp. 1059.

GILCHRIST v. LANG et al. (Supreme Court, Appellate Division, First Department. January 22, 1909.) Action by William K. Gilchrist against Jacob G. Lang and others. No opinion. Motion denied, with $10 costs. Order filed.

GILROY, Appellant, v. MULLEN, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Mary E. Gilroy, as administratrix of Annie B. Gilroy, deceased, against Andrew Mullen. No opinion. Judgment affirmed, with costs.

GINSBURG et al., Appellants, v. POTRUCH, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Joseph Ginsburg and another against Aaron Potruch. No opinion. Judgment affirmed, with costs.

GLASS, Respondent, v. SANBORN, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Bertha Glass against Addison S. Sanborn. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, because of the error in the rejection of evidence of the defendant's counterclaim.

GOLD, Respondent, v. LERNER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by Joseph Gold against Charles Lerner and another. No opinion. Motion granted, without costs. The first three amendments, being consented to, are allowed. We think the fourth, also, is proper. Settle order on notice before Mr. Justice JENKS.

GOLDMARK, Respondent, v. UNITED STATES ELECTRO-GALVANIZING CO., Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Godfrey Goldmark against the United States Electro-Galvanizing Company. D. Gerber, for appellant. T. L. Frothingham, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GOLDMARK v. UNITED STATES ELECTRO-GALVANIZING CO. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by Godfrey Goldmark against the United States Electro-Galvanizing Company. No opinion. Motion denied, with $10 costs. Order filed.

GORDON v. FARRELL. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Joseph Gordon against Frank J. Farrell. No opinion. Motion denied on terms stated in order. Order filed.

In re GRADE DAMAGE COMMISSION. (Supreme Court, Appellate Division, First De-